IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3129 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MERRILL D. OLVEY, JR., | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for release pending appeal (filing 56) is denied.

   July 26, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge